Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−15393−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia D. Rosie
   42 W. California Ave.
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/6/25
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 10, 2025
JAN: jgd

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-15393-JNP

Patricia D. Rosie  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 2

Date Rcvd: Jun 10, 2025　　　　　　　　　　Form ID: 132　　　　　　　　　　　Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia D. Rosie, 42 W. California Ave., Absecon, NJ 08201-2867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520660603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2025 21:03:46 | Capital One Bank (USA), N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520677223 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2025 21:04:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520660604 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 10 2025 21:00:00 | Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 520660605 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 10 2025 21:04:31 | First Premier Bank, 3820 W. Louise Ave., Sioux Falls, SD 57107-0145 |
| 520660606 | | Email/Text: BKMAIL@planethomelending.com | Jun 10 2025 20:59:00 | Planet Home Lending, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 520660607 | | Email/Text: RASEBN@raslg.com | Jun 10 2025 20:58:00 | Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd.- Suite 202, Fairfield, NJ 07004-2927 |
| 520676412 | | Email/Text: paula.tilley@nrsagency.com | Jun 10 2025 20:58:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 520660608 | | Email/Text: bankruptcy@sw-credit.com | Jun 10 2025 21:00:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 520664690 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 10 2025 21:00:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: 132 | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven A. Silnutzer | on behalf of Debtor Patricia D. Rosie silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4