Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−15393−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia D. Rosie
   42 W. California Ave.
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 2, 2025.


Dated: October 3, 2025
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15393-JNP |
| Patricia D. Rosie | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2025 | Form ID: plncf13 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia D. Rosie, 42 W. California Ave., Absecon, NJ 08201-2867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520660603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 20:56:09 | Capital One Bank (USA), N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520677223 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 20:45:11 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520660604 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 03 2025 20:42:00 | Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 520660605 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 03 2025 20:45:36 | First Premier Bank, 3820 W. Louise Ave., Sioux Falls, SD 57107-0145 |
| 520748667 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2025 20:42:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520660606 | | Email/Text: BKMAIL@planethomelending.com | Oct 03 2025 20:41:00 | Planet Home Lending, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 520760570 | + | Email/Text: BKMAIL@planethomelending.com | Oct 03 2025 20:41:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520660607 | | Email/Text: RASEBN@raslg.com | Oct 03 2025 20:41:00 | Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd.- Suite 202, Fairfield, NJ 07004-2927 |
| 520676412 | | Email/Text: paula.tilley@nrsagency.com | Oct 03 2025 20:41:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 520660608 | | Email/Text: bankruptcy@sw-credit.com | Oct 03 2025 20:42:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 520664690 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 03 2025 20:42:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520748827 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 20:45:07 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2025 | Form ID: plncf13 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven A. Silnutzer | on behalf of Debtor Patricia D. Rosie silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4