Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 25-15393 (JNP)

Patricia D. Rosie  
42 W. California Ave.  
Absecon, NJ  08201

Monthly Payment: $668.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2025 | $545.00 | 07/15/2025 | $545.00 | 09/05/2025 | $545.00 | 11/04/2025 | $545.00 |
| 11/06/2025 | $545.00 | 11/06/2025 | $-545.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA D. ROSIE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. SILNUTZER, ESQUIRE | 13 | $3,000.00 | $1,962.00 | $1,038.00 | $0.00 |
| 1 | CAPITAL ONE, N.A. | 33 | $468.32 | $0.00 | $468.32 | $0.00 |
| 2 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $573.67 | $0.00 | $573.67 | $0.00 |
| 4 | PLANET HOME LENDING, LLC | 24 | $30,140.47 | $0.00 | $30,140.47 | $0.00 |
| 5 | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STEVEN A. SILNUTZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SHORE MEDICAL CENTER | 33 | $643.41 | $0.00 | $643.41 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $298.82 | $0.00 | $298.82 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2025 | 3.00 | $0.00 |
| 09/01/2025 | Paid to Date | $1,635.00 |
| 10/01/2025 | 56.00 | $668.00 |
| 06/01/2030 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,180.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,459.00 |
| Attorney: | STEVEN A. SILNUTZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**