UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
450 Tilton Rd.- Suite 101
Northfifeld, NJ 08225
By: Steven A. Silnutzer, Esq.- SAS-0833

In Re:

Patricia D. Rosie

Case No.:     25-15393

Judge:     JNP

Chapter:     13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by    Planet Home Lending   , creditor,

    A hearing has been scheduled for    2/3/2026   , at  10:00 a.m. .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I worked at Hand and Stone in Somers Point, New Jersey as an operations manager for over 7 years, but I was laid off around 4 months ago. I am about start a new job in retail with Bob"s Furniture. I am quite a bit behind so I would ask for either an extended time to catch up on the missed payments, or roll these payments

☒ Other **(explain your answer)**:
I believe that I could pay the regular mortgage payment plus $1,000 until I am caught up with these payments.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/27/2026                                         /s/Patricia D. Rosie
                                                        Debtor's Signature

Date: _____           _____
                                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*